165 A.3d 472

**WINSTON, Paul**

v.

**STATE of Maryland**

**Pet. Docket No. 104, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 1762, Sept. Term, 2015).

Petition for writ of certiorari denied

■

165 A.3d 472

**ZAKWIEIA**

v.

**BALTIMORE CO. BOARD OF EDUCATION**

**Pet. Docket No. 39, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Petition for writ of certiorari denied